IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MARCHETTI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK GREEN, et al. | : | No.  11-3922 |

**<u>O R D E R</u>**

AND NOW, this 31st day of March, 2015, having considered Petitioner's *pro se* petition for a writ of habeas corpus, and Respondents' response thereto, **I HEREBY ORDER** that Petitioner's petition is **DISMISSED WITH PREJUDICE AND WITHOUT A HEARING.**

**I FURTHER ORDER** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.